Marcus ROSSER, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 470, 2015

Supreme Court of Delaware.

Submitted: January 29, 2016
Decided: April 5, 2016

AFFIRMED.